IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Winter, Elmer | Case Number: 08 B 01967 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 5/13/08 | Filed: 1/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 6. | Wachovia Dealer Services | Secured | 5,956.00 | 0.00 |
| 7. | Cook County Treasurer | Secured | 5,000.00 | 0.00 |
| 8. | EMC Mortgage Corporation | Secured | 900.00 | 0.00 |
| 9. | Chase Manhattan Mortgage Corp | Secured | 7,259.00 | 0.00 |
| 10. | Wachovia Dealer Services | Unsecured | 8.53 | 0.00 |
| 11. | Custon Collection Services, Inc. | Unsecured | 38.00 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 25.73 | 0.00 |
| 13. | Carmen Smith | Priority | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | Bally Health & Tennis Club | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | First Source Bank | Unsecured | | No Claim Filed |
| 18. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 19. | I C Systems Inc | Unsecured | | No Claim Filed |
| 20. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 21. | MRSI | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 23. | SST | Unsecured | | No Claim Filed |
| 24. | TRS Services | Unsecured | | No Claim Filed |
| 25. | Receivables Performance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Winter, Elmer | Case Number: 08 B 01967 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 1/30/08 |

$ 21,651.26            $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate            Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____